U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 15 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DENNIS PURNELL, AKA SCOTT J. MOSLEY<br>FED. REG. NO. 40677-004 | CIVIL ACTION NO. 08-0590 |
| VS. | SECTION P<br>JUDGE DRELL |
| JOE KEFFER, WARDEN | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ___14th___ day of ___July___, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE